

**ORDERED in the Southern District of Florida on June 13, 2014.**

_____
Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In Re:  Alberto R. Castillo | Case No: 14-17014-RAM |
| and | Chapter 13 |
| Carmen I. Castillo | |
| Debtors            / | |

### ORDER SUSTAINING OBJECTION TO CLAIM OF ALLY FINANCIAL

**THIS MATTER** having come to be heard on this 10th day of June, 2014 upon Debtor's Objection to Claim of Ally Financial (claim #8) and based on the record, IT IS;

**ORDERED AND ADJUDGED:**

1. The objection to the proof of claim of Ally Financial (claim #8) is SUSTAINED.

2. The arrearage on the proof of claim is stricken as it is being paid directly outside the plan.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.