UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                Case No.: 14-17014-BKC-RAM
                                                                      Chapter 13

ALBERTO R CASTILLO and,
CARMEN I CASTILLO
    Debtor.
_____/

**OBJECTION TO CLAIM OF ALLY FINANCIAL # 8-2 AND
CERTIFICATE OF SERVICE OF NOTICE OF HEARING**

COMES NOW, Nancy K. Neidich, Standing Chapter 13 Trustee, by and through the undersigned counsel, and files this Objection to Claim number 8-2 and as grounds therefore states:

1. Ally Financial ("Creditor") filed their proof of claim number 8-2 on April 2, 2015.

2. Deadline for filing proofs of claims was August 6, 2014.

3. Trustee seeks an order striking the claim as the Creditor filed their claim after the claims bar date.

**WHEREFORE**, the Trustee requests that this Court strike and disallow the Creditor's proof of claim as the claim was filed after the claims bar date.

                                                        NANCY K. NEIDICH,
                                                        Standing Chapter 13 Trustee

                                                   /s/ Adisley Cortez-Rodriguez
                                   By:    ADISLEY CORTEZ-RODRIGUEZ, ESQ.
                                                FLORIDA BAR NO.: 0091727
                                                P.O. BOX 279806
                                                MIRAMAR, FL 33027

**CERTIFICATE OF SERVICE**

2

I CERTIFY that the forgoing has been served by CM/ECF notices of electronic filing upon the Counsel for the Debtor(s) on December 9, 2015 and:

**By First Class U.S. Mail to:**

Ally Financial
P.O. Box 130424
Roseville, MN 55113

Ally Financial serviced by Ally Financing LLC
Attn: HALMY, CHRISTOPHER A, PRESIDENT
200 RENAISSANCE CENTER
DETROIT, MI 48265

Ally Financial serviced by Ally Financing LLC
c/o C T CORPORATION SYSTEM, REGISTERED AGENT
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

                                        NANCY K. NEIDICH,
                                      Standing Chapter 13 Trustee

                                    /s/ Adisley Cortez-Rodriguez
                     By:   ADISLEY CORTEZ-RODRIGUEZ, ESQ.
                          FLORIDA BAR NO.: 0091727
                          P.O. BOX 279806
                          MIRAMAR, FL 33027

Dated: December 9, 2015

2