

**ORDERED in the Southern District of Florida on January 28, 2016.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CASE NO.: 14-17014-BKC-RAM
PROCEEDING UNDER CHAPTER 13

IN RE:

ALBERTO R CASTILLO
XXX-XX-9091
CARMEN I CASTILLO
XXX-XX-6247

DEBTORS_____/

### ORDER SUSTAINING OBJECTION TO CLAIM

**THIS CAUSE** came to be heard on January 12, 2016 on Nancy K. Neidich, Standing Chapter 13 Trustee's ("Trustee") Objection to Claim of ALLY FINANCIAL and based on the record, it is

**ORDERED:**

1. The Trustee's Objection is **SUSTAINED**.

2. Court Claim number 8.2, filed by ALLY FINANCIAL is stricken and disallowed.

###

ORDER SUSTAINING OBJECTION TO CLAIM
CASE NO.:  14-17014-BKC-RAM

**ORDER SUBMITTED BY:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806
954-443-4402

**COPIES FURNISHED TO:**

**DEBTORS**
ALBERTO R CASTILLO
CARMEN I CASTILLO
1609 SE 16 STREET
HOMESTEAD, FL  33035-2264

**ATTORNEY FOR DEBTORS**
ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL  33012

**CREDITOR**
ALLY FINANCIAL
POB 78369
PHOENIX,  AZ  85062

**NANCY K. NEIDICH** IS DIRECTED TO SERVE COPIES OF THIS ORDER UPON THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.